**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CENTRAL MUTUAL INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:26-cv-00966** |
| **v.** | ) | |
| | ) | |
| **EVERGREEN CONSTRUCTION GC, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 11) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE